IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**ROSEMARY MASON HAUSER,**

    **Plaintiff,**

v.                                                  Civil Case No.: 1:17-cv-03844-JMC

**MARK RICHARD POWELL.** *et al.***,**

    **Defendants.**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**OPINION AND ORDER ON VARIOUS DEPOSITION OBJECTIONS
INCLUDING ECF NO. 100**

    The Court has before it Plaintiff's objections and request to strike certain portions of two video depositions. The first set of objections, included in the Parties' Joint Pretrial Order, concern the testimony of Defense Expert Dr. Beveridge. The Court will overrule most of the objections (which were largely based on hearsay). An expert can rely on hearsay in forming an opinion, and most of those records will be in evidence already anyway. The Court will grant the following objections:

        Page 48 Line 21 to Page 49 Line 7.

        Page 53, Line 5 to Page 54 Line 6.

        Page 59 Line 3 to Line 16.

    The second set of objections were filed separately as ECF No. 100 and concern objections to the some of the *voir dire* and cross examination questions by Defense Counsel of Plaintiff's Expert Dr. Di Dio. As to those objections, the Court overrules the objections except as follows:

The Court will reserve ruling on Page 9, Line 12 to Page 9, Line 17 until hearing limited argument from counsel to further understand the context of the question regarding NFL Blacklisting.

The Court will grant the objections to Page 49, Line 5 to Page 49, Line 12; Page 50, Line 10 to Page 52, Line 6; Page 52, Line 24 to Page 53, Line 17 as matter so insurance can confuse and mislead the jury as well as implicate the collateral source rule.

The Court will grant the objections to Page 63, Line 8 to Page 67, Line 20 and Page 106, Line 2 to Page 108, Line 15 for the reasons given in its ruling on the Buchholz motion regarding Plaintiff's orthopedic care.

The Court will grant the objections to Page 77, Line 10 to Page 77, Line 14 regarding Dr. Di Dio's thoughts on whether another treating physician is a "good" doctor.

The Court will leave to the parties the logistics of preventing this testimony from reaching the jury.

Date: September 15, 2022

_____
J. Mark Coulson
United States Magistrate Judge



2